RUBEL CORPORATION, Respondent, v. FRANK TURSELLINO & CO., INC., Appellant.— Orders unanimously affirmed, each with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.